# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Charles O. Shephard | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:23cv00152 |
| CUNA Mutual Insurance  <br> VyStar Credit Union | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

To: *(Defendant's name and address)*

VyStar Credit Union
c/o Registered Agent: Brian Wolfgang
96 South Laura Street
Jacksonville, FL 32202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended Verified Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles O. Shephard
6000 Brook Road
Apt. 404
Richmond, VA 23227

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

Date:  March 8, 2023

**File Copy**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

|  |  |
|---|---|
| Charles O. Shephard<br>*Plaintiff(s)*<br>v.<br><br>CUNA Mutual Insurance<br>VyStar Credit Union<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   3:23cv00152 |

**SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

To: *(Defendant's name and address)*

CUNA Mutual Insurance
c/o CT Corporation System's
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended Verified Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles O. Shephard
6000 Brook Road
Apt. 404
Richmond, VA 23227

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

Date: _____March 8, 2023_____   _____
*Signature of Clerk or Deputy Clerk*

*File Copy*